## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELLISA NOELIA MONREAL, on behalf of plaintiff and the class members described below, | § § § § | |
| Plaintiff, | § § | Civil Action No.: 5:15-cv-00151-XR |
| vs. | § § | |
| NCO FINANCIAL SYSTEMS, INC., | § § | |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ellisa Noelia Monreal, Plaintiff, hereby stipulates to and give notice of dismissal of this action in its entirety, with prejudice as to herself, and without prejudice as to the rights of the unnamed putative class members.

**IT IS SO STIPULATED** this 28th Day of August 2015.

| | |
|---|---|
| *s/ Robert G. Knirsch* | *s/ Andrew T. Thomasson* |
| Robert G. Knirsch, Esq. | Andrew T. Thomasson, Esq. |
| Ohio Bar No. 0080770 | NJ Bar No. 048362011 |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC | STERN•THOMASSON LLP |
| 2647 Eaton Road | 2816 Morris Avenue, Suite 30 |
| University Heights, OH 44118 | Union, NJ 07083-4870 |
| Telephone: (216) 410-8739 | Telephone: (973) 379-7500 |
| Facsimile: (216) 823-0524 | Facsimile:  (855) 479-9969 |
| Email: rgknirsch@sessions-law.biz | E-Mail: andrew@sternthomasson.com |
| | |
| *Attorney for Defendant, NCO Financial Systems, Inc.* | *One of the Attorneys for Plaintiff, Ellisa Noelia Monreal* |

## <u>CERTIFICATE OF SERVICE</u>

      I, Andrew T. Thomasson, hereby affirm under the penalties of perjury that on August 28, 2015, I served the within documents and all supporting papers on the Clerk of this Court using this Court's CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

*s/ Andrew T. Thomasson*
Andrew T. Thomasson, Esq.
